Paula A. Fleck P.C.
Wyoming State Bar # 6-2660
HOLLAND & HART LLP
25 South Willow St., Ste. 200
P.O. Box 68
Jackson, WY  83001-0068
Telephone: (307) 739-9741
Facsimile: (307)739-9744
pfleck@hollandhart.com

ATTORNEYS FOR PLAINTIFF

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **JOSEPH R. TOMELLERI,** | |
| **Plaintiff,** | |
| v. | Case No. 1:20-cv-00148-SWS |
| **CODY WYOMING TROUT RANCH, LLC** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

### NOTICE OF DISMISSAL

COMES NOW Plaintiff Joseph R. Tomelleri, by and through his attorneys of record, and dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The opposing party has not served an answer or motion for summary judgment.  Therefore, this action may be dismissed without court order.

**HOLLAND & HART LLP**

/s/ Paula A. Fleck
Paula A. Fleck, P.C. (No. 6-2660)
25 South Willow St., Ste. 200
P.O. Box 68
Jackson, Wyoming 83001
Telephone: 307.739.9741
Fax: 307.739.9744
Email: PFleck@hollandhart.com
**ATTORNEY FOR PLAINTIFF**